**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SYMBOLY INNOVATIONS LLC**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:18-cv-01262-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| **MUJI U.S.A. LIMITED**, | ) |
| | ) |
| Defendant. | ) |


**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Symbology Innovations LLC, pursuant to Fed. R. Civ. P. 41 (a), hereby provides notice that it dismisses all of its claims in this action WITHOUT PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: December 19, 2018

Respectfully Submitted,

STAMOULIS & WEINBLATT LLC

 /s/ Stamatios Stamoulis
Stamatios Stamoulis (Del. Bar No. 4606)
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com

/s/ Eugenio J. Torres-Oyola
Eugenio J. Torres-Oyola
(Admitted *Pro Hac Vice*)

/s/ Jean G. Vidal Font
Jean G. Vidal Font
(Admitted *Pro Hac Vice*)

**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com
Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF SYMBOLOGY INNOVATIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 19, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis (Del. Bar No. 4606)


IT IS SO ORDERED this _____ day of _____ 201__.


_____
UNITED STATES DISTRICT JUDGE